WILLIAM C. STEINKAMPF, Appellant, *v.* PETER BALLANTINE
et al., Respondents.

(Submitted December 22, 1887; decided January 17, 1888.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made January 10, 1885, which affirmed a judgment in favor
of defendants entered upon a verdict directed by the court.

*Henry Daily, Jr.,* for appellant.

*Charles C. Suydam* and *Gerrard Irvine Whitenead* for
respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

WILLIAM G. ROGERS, Respondent, *v.* THE GRAND TRUNK
RAILWAY COMPANY OF CANADA, Appellant.

(Submitted December 22, 1887; decided January 17, 1888.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made the first Tuesday of October, 1885, which affirmed a
judgment in favor of plaintiff entered upon the report of a
referee.

*E. C. Sprague* for appellant.

*Joel L. Walker* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.